PAMELA E. COGAN (SBN 105089)
BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:      (650) 780-1701
Email:           pcogan@rmkb.com
Brussum@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

DAVID I. KORNBLUM, ESQ., SBN 162310
*dik@millermorton.com*
COURTNEY J. ROGERSON, ESQ., SBN 273621
*cir@millermorton.com*
MILLER, MORTON, CAILLAT &NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA  95113
Telephone:  (408) 292-1765
Facsimile:   (408) 436-8272

Attorneys for Plaintiff
DEBRA ELLIS

*E-Filed: January 13, 2015*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ELLIS,<br><br>                 Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; AND LIBERTY MUTUAL INSURANCE COMPANY,<br><br>                 Defendants. | CASE NO.  5:14-CV-03487<br><br>STIPULATION AND ORDER DISMISSING LIBERTY MUTUAL INSURANCE COMPANY |

IT IS HEREBY STIPULATED by and between the Parties herein through their respective counsel of record that Defendant LIBERTY MUTUAL INSURANCE COMPANY shall be, and hereby is, dismissed without prejudice, pursuant to Federal Rule of Civil Procedure

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

1   41(1)(1)(A)(ii).  Each party shall bear its own fees and costs.

2       All signatories to this Stipulation, and all parties on whose behalf the filing is submitted,

3   concur with this Stipulation's content and have authorized its filing.

4       IT IS SO STIPULATED.

7   Dated: August 22, 2014      ROPERS, MAJESKI, KOHN & BENTLEY

9        By: *Pamela E. Cogan*
10           PAMELA E. COGAN
         BLAKE J. RUSSUM
11           Attorneys for Defendant
         LIBERTY LIFE ASSURANCE
12           COMPANY OF BOSTON

13  Dated: August 22, 2014      MILLER, MORTON, CAILLAT & NEVINS, LLP

16       By: *David I. Kornblum*
         DAVID I. KORNBLUM
17           COURTNEY J. ROGERSON
         Attorneys for Plaintiff
18           DEBRA ELLIS

20       ORDER

21  IT IS SO ORDERED.

22  Date: January 13, 2015      _____
     HON. HOWARD R. LLOYD
23       UNITED STATES DISTRICT COURT JUDGE