*E-Filed: May 8, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBRA ELLIS,<br><br>        Plaintiff,<br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; et al.,<br><br>        Defendants.<br>_____/ | No. C14-03487 HRL<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

    The Court having been notified that this case has settled, all pending motions, hearings, and deadlines are terminated.

    All parties shall appear on **June 9, 2015, at 10:00 am** in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed. The parties shall file a Joint Statement in response to this Order to Show Cause no later than **June 2, 2015**. The joint statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is needed to finalize the settlement and file a dismissal. If, however, a dismissal is filed before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

    **IT IS SO ORDERED.**

Dated: May 8, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-03487 HRL Notice will be electronically mailed to:**

Blake Justin Russum    brussum@rmkb.com, mmcpherson@rmkb.com, rlove@rmkb.com

Courtney J Rogerson    cjr@millermorton.com, akm@millermorton.com, khl@millermorton.com

David Irwin Kornbluh    dik@millermorton.com, akm@millermorton.com

Pamela E. Cogan    pcogan@rmkb.com, lreidenbach@rmkb.com, mmcpherson@rmkb.com, rlove@rmkb.com, rreed@rmkb.com

Robert Mario Forni , Jr    rforni@rmkb.com, donna.bautista@rmkb.com, mmcpherson@rmkb.com, nlau@rmkb.com, rose.love@rmkb.com

Ryan M. Hagan    ryan@tjoharalaw.com, lorie@tjoharalaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**